# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICARDO JORDAN DIAZ, an individual; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-06876-SB-KS<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　August 26, 2021<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendant Ricardo Jordan Diaz, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 29, 2022



Hon. Stanley Blumenfeld, Jr.
United States District Judge

2